*E-Filed 7/23/10*

Robert S. Coldren, Esq., Bar No. 81710
C. William Dahlin, Esq., Bar No. 91269
Mark D. Alpert, Esq., Bar No. 138152
Kathy W. Nichols, Esq., Bar No. 227946
HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 Sandpointe, Fourth Floor
Santa Ana, California 92707
Telephone: (714) 432-8700
Facsimile: (714) 546-7457

Attorneys for Plaintiff Surf and Sand, LLC

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF CAPITOLA; BOB BEGUN; SAM STOREY; RONALD GRAVES; KIRBY A. NICOL; DENNIS NORTON; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: C09-05542 RS<br>(Related to 07-05043 RS)<br><br>Case Assigned to:<br>Honorable Richard Seeborg<br>Courtroom: 3<br><br>E FILING<br><br>STIPULATION AND [PROPOSED] ORDER RE JOINT PROPOSED SCHEDULE AS MODIFIED BY THE COURT |

The parties propose the following Joint Proposed Schedule:

1. Last day to join other parties: March 1, 2011.
2. Last day to complete factual discovery: ~~May 20, 2011~~ APRIL 7, 2011.
3. Last day for disclosure of experts and reports: ~~April 22, 2011~~ March 10, 2011.
4. Last day for disclosure of rebuttal experts and reports: ~~May 9, 2011~~ April 17, 2011.
5. Expert discovery cut-off: June 3, 2011.
6. ~~Last day to file motions (discovery and dispositive): May 31, 2011.~~ Dispositive motions shall be heard by April 21, 2011

1

STIPULATION RE JOINT PROPOSED SCHEDULE AND [PROPOSED] ORDER

7. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties by June 2, 2011.

8. Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

9. ~~(Proposed)~~ date for Pre-Trial Conference: ~~June 14, 2011~~. June 9, 2011 at 10:00 a.m.

10. ~~(Proposed)~~ trial date: June 20, 2011, at 9:00 a.m.

Dated: July 23, 2010          HART, KING & COLDREN

By: _____
Robert S. Coldren
C. William ~~Dahlin~~
Mark D. Alpert
Attorneys for Plaintiff Surf and Sand, LLC

Dated: July 23, 2010          ENDEMAN, LINCOLN, TUREK & HEATER

By: _____
Donald R. Lincoln
Henry E. Heater
Linda B. Reich
Attorneys for Defendants, City of Capitola, Bob Begun, Sam Storey, Ronald Graves, Kirby A. Nicol and Dennis Norton

## ORDER

Having read the Stipulation and good cause appearing, the Court hereby adopts the above Joint Proposed Schedule and sets a trial for this matter on June 20, 2011 and a pre-trial conference on ~~June 14, 2011~~. June 9, 2010 at 10:00 a.m.

IT IS SO ORDERED.

Date: 7/23/10

_____
Honorable Judge Richard Seeborg