*E-Filed 8/13/10*

1  Robert S. Coldren, Esq., Bar No. 81710
   C. William Dahlin, Esq., Bar No. 91269
2  Mark D. Alpert, Esq., Bar No. 138152
   Kathy W. Nichols, Esq., Bar No. 227946
3  HART, KING & COLDREN
   A PROFESSIONAL LAW CORPORATION
4  200 Sandpointe, Fourth Floor
   Santa Ana, California 92707
5  Telephone:  (714) 432-8700
   Facsimile:  (714) 546-7457
6
   Attorneys for Plaintiff Surf and Sand, LLC
7

8              UNITED STATES DISTRICT COURT OF CALIFORNIA

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | SURF AND SAND, LLC, a California      ) Case No.: C09-05542 RS
   | Limited Liability Company,            )           (Related to 07-05043 RS)
12 |                                       )
   |              Plaintiff,               ) Case Assigned to:
13 |                                       ) Honorable Richard Seeborg
   |                                       ) Courtroom: 3
14 |     v.                                )
   |                                       ) E FILING
15 | CITY OF CAPITOLA; BOB BEGUN;          )
   | SAM STOREY; RONALD GRAVES;            ) STIPULATION AND [PROPOSED]
16 | KIRBY A. NICOL; DENNIS NORTON;        ) ORDER RE FILING OF FIRST
   | and DOES 1 through 100, inclusive,    ) AMENDED ANSWER AND DEEMING
17 |                                       ) COMPLAINT AMENDED
   |              Defendants.              )
18 |                                       )
19 |                                       )
20 |                                       )
21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Plaintiff and Defendants Stipulate as follows:

1. Defendants have filed a motion for leave to file a First Amended Answer in order to include an affirmative defense based on the alleged failure of Plaintiffs to file a tort claim file and that any claim that was filed was not proper, as it relates to Plaintiff's state claims, set to be heard September 23, 2010;

2. Plaintiff stipulates that the proposed First Amended Answer may be filed in exchange for Defendants' agreement that Plaintiff's Complaint is deemed amended to allege that Plaintiff timely submitted a proper tort claim to Defendant City of Capitola and Defendant denied the tort claim. Plaintiff and Defendants stipulate and agree that Plaintiff may present evidence in this action regarding the alleged failure to comply with any state tort claims affirmative defense asserted in the City's First Amended Answer without the filing of an amended Complaint.

Dated: August 12, 2010

HART, KING & COLDREN

By: _____
Robert S. Coldren
C. William Dahlin
Mark D. Alpert
Attorneys for Plaintiff Surf and Sand, LLC

Dated: August 12, 2010

ENDEMAN, LINCOLN, TUREK & HEATER

By: _____
Donald R. Lincoln
Henry E. Heater
Linda B. Reich
Attorneys for Defendants, City of Capitola, Bob Begun, Sam Storey, Ronald Graves, Kirby A. Nicol and Dennis Norton

## ORDER

Having read the Stipulation and good cause appearing, the Court orders that the proposed First Amended Answer may be filed and that Plaintiff's Complaint is deemed amended to allege that Plaintiff timely submitted a tort claim to Defendant City of Capitola and that Defendant City of Capitola denied the tort claim. Plaintiff may present evidence in this action regarding the alleged failure to comply with any state tort claims affirmative defense asserted in the City's First Amended Answer without the filing of an amended Complaint.

Date: August 13, 2010

_____
Honorable Judge Richard Seeborg

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

38019.007/4851-0981-3767v.1

2

STIPULATION RE FILING OF FIRST AMENDED ANSWER
AND DEEMING COMPLAINT AMENDED AND [PROPOSED] ORDER