<div style="writing-mode: vertical">**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707</div>

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF & SAND, LLC, a California Limited Liability Company,<br><br>         Plaintiff,<br><br>     v.<br><br>CITY OF CAPITOLA; BOB BEGUN; SAM STOREY; RONALD GRAVES; KIRBY A. NICOL; DENNIS NORTON; and DOES 1 through 100, inclusive,<br><br>         Defendants. | CASE NO.:  C09-05542 RS<br>         (RELATED TO 07-05043 RS)<br><br>Case Assigned To:<br>Honorable Richard Seeborg<br>Courtroom:  3<br><br>Case Assigned To:<br>Honorable Paul Singh Grewal<br>For Discovery Purposes<br>Courtroom:  5<br><br>**E FILING**<br><br>xxxxxxxxxxxx)] **ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL AND PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>DATE:  March 29, 2011<br>TIME:  10:00 A.M.<br>CTRM:  5 |

38019.007/4813-9632-1032v.1

*[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR DISCOVERY SANCTIONS*

1  Having read the Joint Request and good cause appearing, the Court orders that Plaintiff's Motion to Compel and Motion for Sanctions are continued to March 29, 2011 at 10:00 a.m. in Courtroom 5.

Date: March __11__, 2011

_____
Honorable Judge Paul Singh Grewal

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

38019.007/4813-9632-1032v.1

1

*[PROPOSED] ORDER GRANTING JOINT REQUEST FOR CONTINUANCE OF PLAINTIFF'S MOTION TO COMPEL AND MOTION FOR DISCOVERY SANCTIONS*