*E-Filed 3/18/11*

# UNITED STATES DISTRICT COURT OF CALIFORNIA

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF & SAND, LLC, a California Limited Liability Company,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF CAPITOLA; BOB BEGUN; SAM STOREY; RONALD GRAVES; KIRBY A. NICOL; DENNIS NORTON; and DOES 1 through 100, inclusive,<br><br>  Defendants. | CASE NO.:  C09-05542 RS<br>     (RELATED TO 07-05043 RS)<br><br>Case Assigned To:<br>Honorable Richard Seeborg<br>Courtroom:   3<br><br>Case Assigned To:<br>Honorable Paul Singh Grewal<br>For Discovery Purposes<br>Courtroom:   5<br><br>**E FILING**<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE OF DISCOVERY AND MOTION DEADLINES**<br><br>Trial Date: June 20, 2011<br>Proposed New Trial Date: July 11, 2011 |

HART, KING & COLDREN
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

Having read the Stipulation and good cause appearing, the Court orders that the following dates are continued in light of the parties' Settlement Agreement:

1. Defendants' Motion for Summary Judgment is continued to May 5, 2011 and any opposition and reply shall be filed on April 14, 2011 and April 21, 2011, respectively;

2. Any responses to any outstanding discovery between the parties are continued twenty-one (21) calendar days from any current due date, except the following depositions are continued the following dates: Ronald Reed: April 18, 2011; Person Most Knowledgeable of Surf and Sand Residents Association: April 15, 2011;

3. The April 7, 2011 factual discovery cut-off date is continued to April 28, 2011;

4. The motion to compel factual discovery deadline is continued to May 5, 2011;

5. The rebuttal expert disclosure deadline is continued to May 9, 2011;

6. The expert discovery cut-off deadline is continued to June 24, 2011;

7. The motion to compel expert discovery is continued to July 1, 2011;

8. The deadline to hear dispositive motions is continued to May 12, 2011;

9. The deadline for final list of witnesses and exhibits under Rule 26(a)(3) is due from all parties by June 23, 2011;

10. Parties should have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26 (a)(3);

11. The Pre-Trial Conference date is continued to June 30, 2011 at 10:00 a.m.; and

12. The trial date is continued to July 11, 2011 at 9:00 a.m.

Date: March 17, 2011          _____
                              Honorable Judge Richard Seeborg

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

38019.007/4851-2296-7049v.1