*E-Filed 3/30/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Surf and Sand, LLC.,

      Plaintiffs,

v.

City of Capitola, et al.,

      Defendants.

No. C 09-05542 RS

**STANDBY ORDER TO SHOW CAUSE**

      The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **May 2, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 12, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/30/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE