*E-Filed 5/11/11*

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURF AND SAND, LLC, a California Limited Liability Company,  <br><br>  Plaintiff,  <br><br>  v.  <br><br> CITY OF CAPITOLA; BOB BEGUN; SAM STOREY; RONALD GRAVES; KIRBY A. NICOL; DENNIS NORTON; and DOES 1 through 100, inclusive,  <br><br>  Defendants. | Case No.: C09-05542 RS <br> (Related to 07-05043 RS) <br><br> Case Assigned to: <br> Honorable Richard Seeborg <br> Courtroom:  3 <br><br> Case Assigned To: <br> Honorable Paul Singh Grewal <br> For Discovery Purposes <br> Courtroom:  5 <br><br> **E FILING** <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE, WITH MUTUAL WAIVER OF COSTS AND TOLLING OF STATUTE OF LIMITATIONS** <br><br> **Trial Date: June 20, 2011** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Pursuant to the Stipulation of May 11, 2012 between Plaintiff Surf and Sand, LLC ("Plaintiff") and Defendants City of Capitola, Sam Storey, Bob Begun, Ronald Graves, Kirby Nicol and Dennis Norton ("Defendants"), a copy of which is attached and incorporated as Exhibit "1",

IT IS ORDERED THAT:

1. This action is dismissed without prejudice;

2. This action may be re-filed in the event the release set forth in Section 2.2 of the Settlement Agreement between Plaintiff and Defendant is rescinded, and, in that event, all applicable statute of limitations are deemed tolled during the time this action was pending and after the filing of the dismissal; and

3. All parties will bear their own costs and attorney's fees

Dated: May __11__, 2011

_____
Honorable Richard Seeborg

**HART, KING & COLDREN**
A PROFESSIONAL LAW CORPORATION
200 SANDPOINTE, FOURTH FLOOR
SANTA ANA, CALIFORNIA 92707

38019.007/4830-0836-3273v.1

1

**ORDER DISMISSING ACTION WITHOUT PREJUDICE, WITH MUTUAL WAIVER OF COSTS AND TOLLING OF STATUTE OF LIMITATIONS**